UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JAN 18 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 5:24CR006-KKC-MAS
21 U.S.C. § 841(a)(1)

**STEVEN TILDEN FELLMY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about August 8, 2023, in Mercer County, in the Eastern District of Kentucky,

**STEVEN TILDEN FELLMY**

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before Defendant committed the offense charged in this Indictment, Defendant had a final conviction for a serious violent felony, namely Robbery, First Degree, a conviction pursuant to KRS 515.020, in Jefferson County Circuit Court, Case Number 96-CR-2108, for which he served more than 12 months imprisonment.

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **STEVEN TILDEN FELLMY** shall forfeit to the United States any and all

property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **STEVEN TILDEN FELLMY** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. If any forfeitable property, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

███████████████████
**FOREPERSON**

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than life imprisonment, a $10,000,000 fine, and at least 5 years supervised release.

**If a prior serious drug felony or serious violent felony conviction:**
Not less than 15 years and not more than life imprisonment, a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**         Mandatory special assessment of $100.

**PLUS:**         Forfeiture of all listed items.

**PLUS:**         Restitution, if applicable.