COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

**AGENCY:** MERCER COUNTY SHERIFF DEPT.
**ORI:** 0840000
**NAME (LAST, FIRST, MI, FILIAL):** FELLMY, STEVEN TILDEN
**HOME PHONE:** UNKNOWN
**EMERGENCY PHONE:** UNKNOWN
**ALIAS NAME:**
**ADDRESS:** 618 BRINSON PL
**KENTUCKY RESIDENT STATUS:** ✓ F: FULL-TIME
**CITY:** WAYNESBURG (LINCOLN CO)
**STATE:** KY
**ZIP:** 40489
**MARITAL STATUS:** SINGLE
**ID TYPE:** OPERATOR'S LICENSE
**ID ST:** KY
**ID NUMBER:** F21396818
**S.S. NUMBER:** 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
**HEIGHT:** 6' 00"
**WEIGHT:** 200
**HAIR COLOR:** BROWN
**EYE COLOR:** BLUE
**ETHNIC ORIGIN:** ✓ NON HISPANIC
**ALCOHOL/DRUG INVOLVEMENT:** ✓ DRUGS
**DATE OF BIRTH:** 01 18 1966
**SEX:** ✓ MALE
**RACE:** ✓ WHITE

**VEHICLE MAKE:** FORD
**VEHICLE MODEL:** MUSTANG
**VEH. YEAR:** 2008
**VEHICLE COLOR:** GRY
**VEH. TYPE:** 2D
**REGISTRATION:** KY 2024 A9V373
**VEHICLE IDENTIFIERS:** BLACK RACING STRIPES

**VIOLATION DATE:** 08 08 2023
**VIOLATION TIME:** 11:16 PM
**EXACT LOCATION OF VIOLATION:** LOUISVILLE RD
**MILES:** 15 **DIRECTION:** N
**CITY:** HARRODSBURG
**COUNTY:** MERCER

**ARREST DATE:** 08 08 2023
**TIME OF ARREST:** 11:16 PM
**EXACT LOCATION OF ARREST:** LOUISVILLE RD
**MILES:** 15 **DIRECTION:** N
**CITY:** HARRODSBURG
**COUNTY:** MERCER

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 4 | 42365 | 0 | 218A.1412 | 1 | | | METHAMPHETAMINE |
| 2 of 4 | 42466 | 0 | 218A.1412 | 1 | | | HEROIN |
| 3 of 4 | 00207 | 0 | 186.170 | 1 | | | |
| 4 of 4 | 00108 | 0 | 189.380 | 1 | | | |

**POST-ARREST COMPLAINT**
Charge 1: TRAFF IN CONT SUB, 1ST DEGREE, 1ST OFF - (> OR = 2 GMS METHAMPHETAMINE)
Charge 2: TRAFF IN CONTROLLED SUBSTANCE 1ST OFFENSE (HEROIN)
Charge 3: REAR LICENSE NOT ILLUMINATED
Charge 4: FAILURE TO OR IMPROPER SIGNAL

On the above date and time I observed the above vehicle driving south bound on Louisville Road with the rear license plate not illuminated. The driver also turned into the right lane without properly signaling to do so. I conducted a traffic stop, upon speaking to the driver I asked for consent to search the vehicle, consent was denied. 187 deployed his K9 and the K9 gave a positive alert to narcotics in the vehicle. After searching the vehicle a bag wrapped in a black t-shirt was located with approximately 220.92 grams of Methamphetamine was located. After searching the Male individual another baggie with 10.00 grams of Methamphetamine was located stuffed in the males crotch area along with another baggie with 25.35 grams of Heroin. Inside the center console of the vehicle and in the males pocket $836.51 was located. All Narcotics were weighed at the Sheriffs Office. The Heroin was field tested with a positive result at the Sheriffs Office.

**COURT DATE:** ARRESTED
**COURT TIME:** ✓ COURT
**COURT LOCATION:** MERCER
**TOTAL PREPAYABLE AMOUNT:** NOT PREPAYABLE
**YEAR:** 23

**WITNESS 1 NAME:** BROWN, SEAN
**WITNESS 2 NAME:** MCMULLIN, PATRICK

**CONTROL NUMBER:** EH11460

**OFFICER SIGNATURE:** Raisor, D.
**BADGE/I.D. NUMBER:** 134
**EVIDENCE HELD:** ✓
**TYPE:** 1

USA-00000001